AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| United States of America<br><br>v.<br><br>JUAN AGUIERA-GUZMAN,<br>  aka "Roberto Aguilera Guzman,"<br>  "Robert Aguilera Guzman,"<br>  "Roberto Guzman," and<br>  "Antonio Valseachi Riga,"<br><br>Defendant. | Case No.   2:21-mj-02761-duty |

**LODGED**
CLERK, U.S. DISTRICT COURT
6/4/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___jb___ DEPUTY

**FILED**
CLERK, U.S. DISTRICT COURT
June 7, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CD___ DEPUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of February 19, 2020 in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a), (b)(2) | Illegal Alien Found in the United States Following Deportation |

This criminal complaint is based on these facts:
  *Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Carlos G. Ayala
*Complainant's signature*

Carlos G. Ayala, Deportation Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   June 7, 2021

*Judge's signature*

City and state:   Los Angeles, California

Alka Sagar
*Printed name and title*

SAUSA: M. Chan

## AFFIDAVIT

I, Carlos G. Ayala, being duly sworn, declare and state as follows:

### I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against JUAN AGUIERA-GUZMAN, also known as "Roberto Aguilera Guzman," "Robert Aguilera Guzman," "Roberto Guzman," and "Antonio Valseachi Riga" ("AGUIERA-GUZMAN"), charging him with violating Title 8, United States Code, Sections 1326(a) and (b)(2), Illegal Alien Found in the United States Following Deportation.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses. This affidavit is intended to show that there is probable cause for the requested complaint and arrest warrant, and does not purport to set forth all of my knowledge of, or investigation into, this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### II. BACKGROUND OF DEPORTATION OFFICER CARLOS G. AYALA

3. I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). I have been a DO with ICE, formerly known as the Immigration and Naturalization Service ("INS"), since September 2015. I am currently assigned to the Los Angeles Enforcement and Removal Operations ("ERO") field

office. Prior to working for ICE as a DO, I worked as an Immigration Enforcement Agent with ICE since September 2005.

### III. **STATEMENT OF PROBABLE CAUSE**

4. On or about February 19, 2020, the ICE Pacific Enforcement Response Center ("PERC") received an electronic notification based on biometric fingerprint information that AGUIERA-GUZMAN was arrested and in the custody of the Los Angeles Police Department ("LAPD") in Los Angeles, California.

5. Based on my training and experience, I know that a DHS "A-File" is a file in which immigration records are maintained for aliens admitted to or found in the United States. I also know that a DHS A-File usually contains photographs, fingerprints, court records of conviction, and records relating to deportation or other actions by INS or DHS with respect to the subject alien for whom the DHS A-File is maintained.

6. On July 14, 2020, I obtained and reviewed DHS A-File A023-015-907, which is maintained for the subject alien "JUAN AGUIERA-GUZMAN." The A-File contained the following documents and information:

    a. Photographs of the subject alien to whom DHS A-File A023-015-907 corresponds. I compared the photographs in the A-File to photographs taken at the time of AGUIERA-GUZMAN's booking into LAPD custody on or about February 19, 2020. I thus determined that DHS A-File A023-015-907 and its contents correspond to AGUIERA-GUZMAN.

    b. One executed Warrant of Removal/Deportation (Form I-205) indicating that AGUIERA-GUZMAN was officially removed or

deported from the United States on or about October 17, 2018. I know from my training and experience that a Warrant of Removal/Deportation is executed each time a subject alien is removed from the United States by ICE (and its predecessor agency, the INS) and usually contains the subject's photograph, signature, and/or fingerprint. The executed Warrant of Removal/Deportation in AGUIERA-GUZMAN's DHS A-File contains a photograph, a signature, and fingerprint.

      c. A certified conviction record showing that AGUIERA-GUZMAN was convicted on or about November 1, 2004, under the name "Robert Aguilera Guzman," of Burglary, in violation of California Penal Code Section 459, in the Superior Court of the State of California, County of Los Angeles, Case Number SA054270, for which AGUIERA-GUZMAN was sentenced to 16 months' imprisonment.

      d. A certified conviction record showing that AGUIERA-GUZMAN was convicted on or about January 4, 2012, under the name "Roberto Aguilera Guzman," of Second Degree Burglary, in violation of California Penal Code Section 459, in the Superior Court of the State of California, County of Los Angeles, Case Number GA082271, for which AGUIERA-GUZMAN was sentenced to two years' imprisonment.

      e. A certified conviction record showing that AGUIERA-GUZMAN was convicted on or about February 21, 2012, under the name "Roberto Guzman," of Petty Theft Prior Jail, in violation of California Penal Code Section 666(a), in the Superior Court of the State of California, County of Los

Angeles, Case Number LA068203, for which AGUIERA-GUZMAN was sentenced to two years' imprisonment.

        f.   A certified conviction record showing that AGUIERA-GUZMAN was convicted on or about April 30, 2013, under the name "Roberto Guzman," of Receipt of Stolen Property, in violation of California Penal Code Section 496(a), in the Superior Court of the State of California, County of San Bernardino, Rancho Cucamonga District, Case Number FWV1301359, for which AGUIERA-GUZMAN was sentenced to 3 years' imprisonment.

        g.   Various documents, in addition to the Warrants of Removal/Deportation, indicating that AGUIERA-GUZMAN is a native and citizen of Chile. These documents include: (i) one Order of an Immigration Judge, dated September 19, 2018, ordering AGUIERA-GUZMAN removed to Chile.

    7.   On or about July 21, 2020, I reviewed the printouts of the Interstate Identification Index ("III"). Based on my training and experience, I know that the III database tracks and records arrests and convictions of individuals according to an individual's State Identification number or Federal Bureau of Investigation number. The III printouts confirmed that AGUIERA-GUZMAN had been convicted of the crimes reflected on the documents contained in AGUIERA-GUZMAN's DHS A-File, described above.

    8.   On July 21, 2020, I reviewed the printouts of ICE computer indices on AGUIERA-GUZMAN. Based on my training and experience, I know that the ICE computer indices track and document each time an alien is removed or excluded from the

United States by ICE, or deported by the former INS, or is granted permission to enter or re-enter the United States. The ICE computer indices confirmed that AGUIERA-GUZMAN had been removed and deported on the date indicated on the Warrant of Removal/Deportation found in AGUIERA-GUZMAN's DHS A-File and described above. The ICE computer indices further indicated that AGUIERA-GUZMAN had not applied for, or obtained from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States legally since AGUIERA-GUZMAN had last been deported.

9. Based on my review of AGUIERA-GUZMAN's DHS A-File, I determined that his A-File does not contain any record of his ever applying for, or receiving from the Attorney General or the Secretary of Homeland Security, permission to legally re-enter the United States. Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in AGUIERA-GUZMAN's DHS A-File.

//
//
//
//
//
//

5

## IV. CONCLUSION

10. For the reasons described above, there is probable cause to believe that JUAN AGUIERA-GUZMAN has violated Title 8, United States Code, Sections 1326(a) and (b)(2), Illegal Alien Found in the United States Following Deportation.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this __7th__ day of
__June__, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

ALKA SAGAR

6